IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| CHRISTOPHER REED, | : | |
|---|---|---|
| Plaintiff | : | |
| | : | CIVIL ACTION NO. 3:18-CV-00377 |
| v. | : | |
| | : | (Judge Caputo) |
| WILLIAM WILLIAMS, *et al.*, | : | |
| Defendants | : | |

# O R D E R

**AND NOW**, this **29th** day of **MARCH 2019,** in accordance with the accompanying Memorandum issued this date, it is **ORDERED** that:

1. Mr. Reed's Amended Complaint (ECF No. 16) is dismissed due to its failure to comply with Fed. R. Civ. P. 8.

2. Within twenty-one (21) days from the date of this Order, Mr. Reed shall file a second amended complaint.

3. The second amended complaint shall contain the same case number presently assigned to this action, and shall be direct, concise, and shall standalone without any reference to any document filed in this matter. *See* Fed. R. Civ. P. 8 (d).

4. Should Plaintiff fail to file a timely second amended complaint, the Clerk of Court shall be directed to close the case pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

5. The Clerk of Court shall forward to Plaintiff two (2) copies of this Court's prisoner civil-rights complaint form which Mr. Reed shall use in preparing his amended complaint.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO**
**United States District Judge**