**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **CHRISTOPHER REED,** | : | |
| **Plaintiff** | : | |
| | : | **CIVIL ACTION NO. 3:18-CV-0377** |
| **v.** | : | |
| | : | **(Judge Caputo)** |
| **WILLIAM WILLIAMS**, *et al.*, | : | |
| **Defendants** | : | |

**O R D E R**

**AND NOW**, this **9th** day of **APRIL 2019**, upon consideration of Mr. Reed's motion for appointment of counsel (ECF No. 13), the motion is denied without prejudice.

/s/ A. Richard Caputo
**A. RICHARD CAPUTO
United States District Judge**