**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

CHRISTOPHER REED,

      **Plaintiff**

    v.

WILLIAM WILLIAMS, *et al.,*

      **Defendants**

:     **CIVIL ACTION NO. 3:18-CV-0377**
:
:     **(Judge Caputo)**
:

# O R D E R

**AND NOW**, this _22nd_ day of **MAY 2019**, it is hereby **ORDERED** that Mr. Reed's

motion to stay (ECF No. 23) is deemed withdrawn due to his failure to file a supporting

brief as required by Pa. M.D. Local Rule 7.5.

                                                             _____

                                                            **A. RICHARD CAPUTO**
                                                            **United States District Judge**