IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CHRISTOPHER REED,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WILLIAM WILLIAMS, *et al.*,<br><br>　　　　Defendants. | No. 3:18-CV-00377<br><br>(Judge Brann) |

# ORDER

### OCTOBER 21, 2020

In accordance with the accompanying Memorandum Opinion, **IT IS HEREBY ORDERED** that:

1. Commonwealth Defendants' motion to dismiss (Doc. 37) is **GRANTED**.

2. The Medical Defendants' motion to dismiss (Doc. 38) is **GRANTED**.

3. The Somerset Defendants' motion to dismiss (Doc. 40) is **GRANTED**.

4. All claims against Defendant Valerie Senko are **DISMISSED** with prejudice pursuant to Federal Rule of Civil Procedure 4(m).

5. The Court **DECLINES** to exercise supplemental jurisdiction over Reed's state claim against Somerset Hospital to the extent such a claim exists.

6. Reed's second amended complaint is **DISMISSED** with prejudice pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

7. The Clerk of Court is directed to **CLOSE** this case.

8. Any appeal from this Order will be deemed frivolous, lacking merit, and not taken in good faith.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge

12